No. 95–959. 640 BROADWAY RENAISSANCE CO. *v.* EISNER ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 95–1134. RODRIGUEZ DE CASTRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–1143. OREGON PUBLIC UTILITY COMMISSION *v.* GTE NORTHWEST INC. Sup. Ct. Ore. Certiorari denied.

No. 95–1146. CLARK ET AL. *v.* CLARKSTOWN CENTRAL SCHOOL DISTRICT ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–1150. J. A. CROSON CO. *v.* CENTRAL OHIO JOINT VOCATIONAL SCHOOL DISTRICT ET AL. Ct. App. Ohio, Madison County. Certiorari denied.

No. 95–1156. LONDON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–1173. HAMLET *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–1182. ST. PETER VILLA, INC., ET AL. *v.* LINTON, BY HER NEXT FRIEND, ARNOLD, ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1191. TRAHAN *v.* TRAHAN. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 95–1195. WHITMORE ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1197. NATIONAL ASSOCIATION OF BROADCASTERS ET AL. *v.* MILLER ET AL.;

No. 95–1200. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* MILLER ET AL.; and

No. 95–1361. MILLER ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 11th Cir. Certiorari denied. Reported below: 66 F. 3d 1140.